1  ROBERT E. GOLDMAN, Esq. (S.B. #159989)
   Law Office of Robert E. Goldman
2  1 East Broward Blvd., Ste. 700
   Fort Lauderdale, FL 33301
3  Tele: (954) 745-7450
   Fax:  (954) 745-7460
4

5  Attorney for Produce Center, Inc.

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 PRODUCE CENTER, INC.,          )
                                  ) Case No.: 5:08-mc-80116 JW
12         Petitioner,            )
                                  )
13 vs.                            ) **NOTICE OF SERVICE**
                                  )
14 SUNRIVER TRADING COMPANY       )
   LIMITED d/b/a SUNRIVER SALES,  )
15                                )
                                  )
16         Respondent.            )
                                  )
17                                )
                                  )
18 _____

19     NOTICE IS GIVEN by Petitioner Produce Center, Inc., that it served the Notice of

20 Appeal and Petition in this matter via email on May 23, 2008, on the law firm that

21 represents Respondent SUNRIVER TRADING COMPANY LIMITED in other matters, and

22 it is believed may represent them in this matter.

23                               By:  s/ Robert E. Goldman
                                      Robert E. Goldman, Esq. (SB #159989)
24                                    Robert@goldmanlaw.com
25                                    LAW OFFICE OF ROBERT E. GOLDMAN
                                      1 East Broward Blvd., Ste. 700
26                                    Fort Lauderdale, FL 33301
                                      (954) 745-7450
27                                    (954) 745-7460  Fax
                                      Attorney for Petitioner
28
                                      1