```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003303
Cashier ID: harwellt
Transaction Date: 06/02/2008
Payer Name: Law Offices of Robert E.
------------------------------------
MISCELLANEOUS PAPERS
 For: Law Offices of Robert E.
 Case/Party: D-CAN-5-08-MC-080116-001
 Amount:        $39.00
------------------------------------
CHECK
 Check/Money Order Num: 4319
 Amt Tendered:  $39.00
------------------------------------
Total Due:       $39.00
Total Tendered: $39.00
Change Amt:      $0.00

Case # 08-mc-80116-JW


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```