UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

AMENDED CIVIL MINUTES

**Judge:** James Ware
**Date:** July 7, 2008
**Case No.:** C- 08-80116 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**Interpreter:** N/A

TITLE

Produce Center Inc v. Sunriver Trading Company Limited

**Attorney(s) for Plaintiff(s)**: No Appearance Made
**Attorney(s) for Defendant(s)**: Marion Quesenbery

PROCEEDINGS

Defendant's Motion for Reconsideration of the Court's June 6, 2008 Order Allowing Additional Time for Petitioner to Post Appeal Bond

ORDER AFTER HEARING

Hearing Held. No appearance made by or on behalf of the plaintiff. The Court GRANTED the motion. The Court to issue further order re Defendant's Motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: