IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Produce Center Inc., | NO. C 08-80116 JW |
|         Petitioner,<br>   v. | **ORDER GRANTING RESPONDENT'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |
| Sun River Trading Co., Ltd., | |
|         Respondent. | |

The Court is in receipt of Respondent Sun River Trading Co., Ltd.'s motion for leave to file a motion for reconsideration of the Court's June 6, 2008 Order. (Docket Item No. 9.) In that Order, the Court granted Petitioner an extension of time to post bond for its appeal. (Docket Item No. 5.) Respondent seeks dismissal in its motion for reconsideration on the ground that the time in which to post bond is jurisdiction for an appeal under the Perishable Agricultural Commodities Act. Civ. L.R. 7-7; 7 U.S.C. § 499, *et seq*. For good cause shown, the Court grants Respondent's motion for leave to file a motion for reconsideration. The Court sets a hearing on Respondent's motion for reconsideration for **July 7, 2008 at 9 a.m.**

In an effort to resolve this issue in a timely matter, the Court sets an accelerated briefing schedule. Respondent shall file its motion for reconsideration on or before **June 26, 2008**. Petitioner shall file its opposition on or before **July 1, 2008**. Respondent shall file any reply on or before **July 3, 2008**.

Dated: June 24, 2008

                                                      JAMES WARE<br>
                                                      United States District Judge

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

robert@goldmanlaw.com
bart@rjlaw.com

**Dated:  June 24, 2008**                                    **Richard W. Wieking, Clerk**

                                                                              **By:   /s/ JW Chambers                      **
                                                                                       **Elizabeth Garcia**
                                                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California