IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Produce Center Inc., | NO. C 08-80116 JW |
| Petitioner, | **JUDGMENT** |
| v. | |
| Sun River Trading Co., Ltd., | |
| Respondent. | |

Pursuant to the Court's July 7, 2008 Order Granting Respondent Motion for Reconsideration; Dismissing Petitioner's Petition for Lack of Subject Matter Jurisdiction, judgment is entered in favor of Respondent Sun River Trading Co., Ltd. and against Petitioner Produce Center Inc.

Each party shall bear their own fees and costs.

The Clerk shall close this file.

Dated: July 7, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

robert@goldmanlaw.com
bart@rjlaw.com

**Dated: July 7, 2008**                                    **Richard W. Wieking, Clerk**

                                                      **By:   /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California